**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Cynthia M. STONER, Defendant–Appellee.**

**No. 94–6377.**

United States Court of Appeals,
Tenth Circuit.

April 7, 1998.

Before SEYMOUR, Chief Judge and PORFILIO, ANDERSON, TACHA, BALDOCK, BRORBY, EBEL, KELLY, HENRY, BRISCOE, LUCERO and MURPHY, Circuit Judges.

**ORDER**

PER CURIAM.

We granted rehearing en banc in this case on the question:

For statute of limitations purposes, must an indictment charging a conspiracy under 18 U.S.C. § 371 allege at least one specific overt act occurring within the limitations period established by 18 U.S.C. § 3282?

Because we are evenly divided, we affirm the district court's judgment on this issue.

---

That portion of the panel opinion which addressed this issue and which is found at II.B. of the opinion, *United States v. Stoner*, 98 F.3d 527, 531–538 (10th Cir.1996), is without precedent. *Ohio ex rel. Eaton v. Price*, 364 U.S. 263, 263–264, 80 S.Ct. 1463, 1463–1464, 4 L.Ed.2d 1708 (1960); *United States v. Rivera*, 874 F.2d 754 (10th Cir.1989). The panel opinion is otherwise undisturbed.

The judgment of the district court is AFFIRMED.